NO. 07-09-0175-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 6, 2009

______________________________

IN THE MATTER OF THE MARRIAGE OF

LAWRENCE PHILLIP MARTINELLI AND BRIGITTE CURTIS

AND IN THE INTEREST OF A.W.M., T.P.M., A.M.M.

 AND P.L.M., CHILDREN

_________________________________

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 208-544,288; HONORABLE WILLIAM C. SOWDER, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

Pending before the Court is a motion of appellant Brigitte Curtis indicating she desires to dismiss her appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure.  The motion contains a certificate of conference showing other parties do not oppose dismissal.  No decision of the Court having been delivered to date in the appeal and the motion complying with the requirements of Rule 42.1(a), we grant the motion. The appeal is dismissed.

Because we have disposed of this appeal at the appellant's request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.

James T. Campbell

Justice